**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**ALEXANDRIA DIVISION**

| | |
|---|---|
| **ESSOHANAME MAXIME LADOUTOKI** | **CASE NO. 1:26-CV-02985 SEC P** |
| **VERSUS** | **JUDGE JAMES D. CAIN, JR.** |
| **SHAD RICE ET AL** | **MAGISTRATE JUDGE LEBLANC** |

# MEMORANDUM ORDER

For the reasons stated in the court's prior Memorandum Order [doc. 6], the Second Motion for Temporary Restraining Order [doc. 11] is hereby **DENIED.**

**THUS DONE AND SIGNED** in Chambers on the 24th day of August, 2026.

**JAMES D. CAIN, JR.**
**UNITED STATES DISTRICT JUDGE**